■ ERIC SIMANDLE, Plaintiff, v MILLER EQUIPMENT CORP., Defendant and Third-Party Plaintiff-Appellant. JAY-K LUMBER CORP., Third-Party Defendant-Respondent. (Appeal No. 1.) [600 NYS2d 649] —Order unanimously affirmed with costs. Memorandum: We affirm for the reasons stated at Supreme Court (Grow, J.). We add only that the contention of third-party plaintiff that it was prejudiced by the loss or destruction of the evidence was based upon speculation. (Appeal from Order of Supreme Court, Oneida County, Grow, J.—Strike Answer.) Present—Green, J. P., Pine, Boomer, Davis and Boehm, JJ.